AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

FILED 2008 MAY -2 PM 1:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMH _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**2635 Meadows Trail Lane, Chula Vista, CA**

SEARCH WARRANT

CASE NUMBER: **'08 MJ 1392**

TO: <u>Drug Enforcement Administration</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Special Agent Jeffrey Clark _____ who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

in the _____ Southern District of California _____ there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **5-15-08**
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _Nita L Stormes_
as required by law.                                              U.S. Judge or Magistrate

**5-1-08 @ 4:45 pm** at San Diego, California
Date and Time Issued                City and State

Hon. Nita L. Stormes, U.S. Magistrate          _[signature]_
Name and Title of Judicial Officer             Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>05-01-2008 | DATE AND TIME WARRANT EXECUTED<br>05-02-2008 / 7:00 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>AT RESIDENCE |
| INVENTORY MADE IN THE PRESENCE OF<br>SA JEFFREY CLARK |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

1 COLT A3 AR-15   # LBD0180058
1 Bushmaster AR-15   # LI45367
1 Beretta Rifle   # PB7411
1 KelTech 40 cal. rifle   # 06684
1 FA91 .308 cal. rifle   # 009977
1 Kimber Custom TLE   # K134869
1 Ruger .357   # 57207147
1 SigSauer P220 45 cal.   # G145118

Miscellaneous documents
Miscellaneous credit cards.

**CERTIFICATION**

I swear that this Inventory is true and detailed account of the person or property taken by me on the warrant.

_Jeffrey [signature]_    5-2-08

Subcribed, sworn to, and returned before me this date.

_[signature]_    5-2-08
U.S. Judge or Magistrate    Date